STATE OF NEW JERSEY v. PAUL LAMKIN.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES D. STEVER.

June 17, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT CARLSON.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN D. MACK.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TEDDY WILLIAMS.

June 17, 1986.

Petition for certification denied.